**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

April 30, 2015

Mr. Trinidad G. Perez
TDC #1761501
McConnell Unit
3001 S. Emily Drive
Beeville, TX 78102

Hon. Stephen B. Tyler
District Attorney
205 N. Bridge St., Suite 301
Victoria, TX 77901
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00141-CR
Tr.Ct.No. 11-9-26078-A
Style:    Trinidad George Perez v. The State of Texas


Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    24th District Court (DELIVERED VIA E-MAIL)
       Hon. Cathy Stuart, Victoria County District Clerk (DELIVERED VIA E-MAIL)